NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSHUA P. MOORE, DOC #R65935,       )
                                    )
             Appellant,             )
                                    )
v.                                  )       Case No. 2D18-3283
                                    )
STATE OF FLORIDA,                   )
                                    )
             Appellee.              )
_____ )

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Mary M. Handsel, Judge.

Joshua P. Moore, pro se.

PER CURIAM.

                    Affirmed.

CASANUEVA, VILLANTI, and SMITH, JJ., Concur.